# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CANDIS TAI,

        *Plaintiff*,

v.

UNITED COLLECTION BUREAU, INC.,

        *Defendant.*

Case No. 1:14-cv-01994-RBJ

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

COMES NOW, Defendant United Collection Bureau, Inc. (hereinafter "UCB"), by counsel, and pursuant to D. COLO. L.Civ.R. 7.4, submits the following corporate disclosure statement identifying its parent corporations and listing any publicly held company that owns 10% or more of UCB's stock:

UCB has no parent company.

There is no publicly held company that owns 10% or more of an ownership interest in UCB. Defendant is also unaware of the identity of any corporation, unincorporated association, partnership or other business entity, not a party to the case, which may have a financial interest in the outcome of this litigation.

Dated: August 12, 2014                                 Respectfully Submitted,

2

**UNITED COLLECTION BUREAU, INC.**

By: /s/H. Scott Kelly
H. Scott Kelly (Virginia State Bar #80546;
Admitted to the Bar of the District of
Colorado on 11/15/2013)
**TROUTMAN SANDERS LLP**
1001 Haxall Point
Richmond, Virginia  23219
Telephone: (804) 697-2202
Facsimile: (804) 697-1339
scott.kelly@troutmansanders.com

*Counsel for Defendant United Collection Bureau, Inc.*

22738501v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of August, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which then will send automatic notification of such filing (NEF) to the following and have also sent a copy via U.S. mail, addressed as follows:

**Pro se Plaintiff**
Candis Tai
131 Ermine Lane
Carbondale, Colorado 81623

/s/
H. Scott Kelly (Virginia State Bar #80546;
Admitted to the Bar of the District of Colorado on 11/15/2013)
**TROUTMAN SANDERS LLP**
1001 Haxall Point
Richmond, Virginia  23219
Telephone: (804) 697-2202
Facsimile: (804) 697-1339
scott.kelly@troutmansanders.com

*Counsel for Defendant United Collection Bureau, Inc.*

22738501v1