IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-01994-RBJ-BNB | Date: | September 25, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
|---|---|
| CANDIS TAI, | *pro se* |
| **Plaintiff,** | |
| v. | |
| UNITED COLLECTION BUREAU, | *Ethan Geoffrey Ostroff* |
| **Defendant.** | |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in session: 11:01 a.m.

Appearance of counsel and *pro se* plaintiff.

Rule 26(a)(1) disclosures: parties shall complete on or before October 6, 2014.

Each side is allowed:

Five (5) depositions;
Seven (7) interrogatories, including discrete subparts;
Seven (7) requests for production of documents;
Seven (7) requests for admissions.

Deadline for joinder of parties and amendment of pleadings: October 17, 2014.

Discovery cut-off: December 22, 2014.

Dispositive motion deadline: January 23, 2015.

All written discovery must be served so that responses are due on or before the discovery cut-off.

A Final Pretrial Conference will be set for April 16, 2015, at 1:30 p.m. in Courtroom A-902. A three-day jury trial is set for April 27, 2015, at 9:00 a.m. in Courtroom A-902 before the Honorable Brooke Jackson.

The Proposed Scheduling Order is approved and entered with interlineations made by the court.

Court in recess: 11:22 a.m.     Hearing concluded.     Total time in court:  00:21

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.