# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CANDIS TAI,<br><br>          *Plaintiff*,<br><br>v.<br><br>UNITED COLLECTION BUREAU, INC.,<br><br>          *Defendant*. | Case No. 1:14-cv-01994-RBJ |

## DEFENDANT UNITED COLLECTION BUREAU, INC.'S
## NOTICE OF FILING ITS FIRST AMENDED ANSWER BY CONSENT

Pursuant to FRCP 15(a)(2) and D.C.COLO.LcivR 15.1(a), Defendant United Collection Bureau, Inc., with the consent of Plaintiff, hereby attaches as Exhibit A to this Notice a copy of its First Amended Answer for filing with this Court, which strikes through the text to be deleted and underlines the text to be added to demonstrate the changes made from the original Answer.

Dated:  October 8, 2014

Respectfully submitted,

UNITED COLLECTION BUREAU, INC.

By:   /s/
Ethan G. Ostroff (Virginia State Bar No. 71610; Admitted to the Bar of the District of Colorado on 8/14/2014)
TROUTMAN SANDERS LLP
222 Central Park Avenue
Virginia Beach, Virginia
Telephone: (757) 687-7541
Facsimile: (757) 687-1541
Email: ethan.ostroff@troutmansanders.com

H. Scott Kelly (Virginia State Bar #80546; Admitted to the Bar of the District of Colorado on 11/15/2013)

**TROUTMAN SANDERS LLP**
1001 Haxall Point
Richmond, Virginia  23219
Telephone: (804) 697-2202
Facsimile: (804) 697-1339
Email: scott.kelly@troutmansanders.com

*Counsel for United Collection Bureau, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of October, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which then will send automatic notification of such filing (NEF) to the following, and have also sent a copy via U.S. mail, addressed as follows:

**Pro se Plaintiff**
Candis Tai
131 Ermine Lane
Carbondale, Colorado 81623

/s/ _____
Ethan G. Ostroff (Virginia State Bar No. 71610; Admitted to the Bar of the District of Colorado on 08/14/2014)
**TROUTMAN SANDERS LLP**
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone:  (757) 687-7541
Facsimile: (757) 687-1541
E-mail: ethan.ostroff@troutmansanders.com

*Counsel for Defendant United Collection Bureau, Inc.*

23604523v1