# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action Number 14-cv-001994-RBJ-GPG

CANDIS TAI,
       Plaintiff,

v.

UNITED COLLECTION BUREAU,
       Defendant.

## NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff and notifies the Court that the parties in the above-captioned case have settled this case. The Plaintiff expects to file a Motion to Dismiss this case with prejudice upon the parties memorializing their agreement into writing in the near future.

Respectfully submitted this 16th day of January 2015.

Respectfully Submitted,

/s/Matthew R. Osborne
Matthew R. Osborne #40835
*Attorney for Plaintiff*
10465 Melody Dr, Ste 325
Northglenn, CO 80234
Phone: (303) 759-7018
matt@mrosbornelawpc.com

## CERTIFICATE OF SERVICE

I certify that on January 16th, 2015, I served a true and correct copy of the foregoing Notice via U.S. Mail on the following:

Ethan G. Ostroff
222 Central Park Ave, Ste 2000
Virginia Beach, Virginia 23462
E-mail: ethan.ostroff@troutmansanders.com
*Attorney for Defendant*

s/ Aaron Chin