IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-001994-RBJ-BNB

CANDIS TAI,

    Plaintiff,

v.

UNITED COLLECTION BUREAU,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

    The Court, having reviewed the Plaintiff's Stipulated Motion to Dismiss with Prejudice [ECF No. 33], hereby GRANTS the motion and orders that this action is dismissed with prejudice. Each party to bear its own attorney fees and costs.

    DATED this 4th day of February, 2015.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge